IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:06CV1-03-MU

| | | |
|---|---|---|
| ROBERT L. STAFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| JACKSON COUNTY SHERIFF et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on initial review of Plaintiff's Complaint under 42 U.S.C. § 1983, filed January 12, 2006. (Document No. 1.)

Plaintiff filed the identical complaint on November 15, 2005, which this Court dismissed on November 23, 2005 for failure to state a claim. (2:06cv225 Document No. 4.) Therefore for the reasons stated in that Order, Plaintiff's Complaint is dismissed for failure to state a claim for relief.

Signed: January 26, 2006

Graham C. Mullen
United States District Judge