# United States District Court
# For The Western District of North Carolina
# Bryson City Division

ROBERT L. STAFFORD,

    Plaintiff(s),                                      JUDGMENT IN A CIVIL CASE

vs.                                                 2:06cv1-03-MU

JACKSON COUNTY SHERIFF, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court on initial review of Plaintiff's Complaint under 42 U.S.C. § 1983, filed January 12, 2006, and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2006 Order.

                                                                             FRANK G. JOHNS, CLERK

January 26, 2006

                                                   *s/Elizabeth J. Barton*
                                BY: _____
                                                  Elizabeth Barton, Deputy Clerk